No. 84–1571.  O'KEEFE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF O'KEEFE v. COUNTY OF HENNEPIN.  Appeal from Ct. App. Minn. dismissed for want of substantial federal question.

No. A–856 (84–6743).  DAVID v. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL.  C. A. 11th Cir.  Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.